**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) KERI BROWN, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CV-25-CVE-FHM |
| | ) | (Tulsa County District Court |
| (1) AMERICAN COMMERCE INSURANCE | ) | CJ-2012-2455) |
| COMPANY, an Ohio Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Keri Brown, Plaintiff herein, and American Commerce Insurance Company, Defendant herein, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal with prejudice of the above-styled and numbered cause, and all claims which were or could have been asserted therein of any type or kind whatsoever. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

*/s/David C. Bean*
David C. Bean, OBA# 12556
400 S. Boston, Suite 500
Tulsa, OK 74103
(918) 599-8880
Fax: (918) 599-8863
ATTORNEY FOR PLAINTIFF
KERI BROWN


*/s/Lauren N. Chandler*
Phil R. Richards, OBA #10457
Randy Lewin, OBA #16518
Lauren N. Chandler, OBA #20966
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
ATTORNEYS FOR DEFENDANT
AMERICAN COMMERCE INSURANCE
COMPANY